# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 6, 2009

138220

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ELENI BEYKO,
      Plaintiff-Appellee,

v

MICHAEL M. BERNITSAS
      Defendant-Appellant.

SC: 138220
COA: 289528
Washtenaw CC Family Division:
96-004808-DM

_____/

On order of the Court, the application for leave to appeal the December 30, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 6, 2009

_____
Clerk

s0303